IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**REGIONS COMMERCIAL EQUIPMENT**
**FINANCE, LLC**                                                                                    **PLAINTIFF**

V.                                        CIVIL ACTION NO. 2:16-CV-110-KS-JCG

**PERFORMANCE AVIATION, LLC,** *et al.*                              **DEFENDANTS**

### ORDER

On March 17, 2017, Defendants filed an Objection [89] to the Magistrate Judge's Order denying their Motion for Leave to File a Third-Party Complaint. Plaintiff shall respond on or before **March 31, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Defendants wants to file a reply, they may do so on or before **April 7, 2017.** FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___20th___ day of March, 2017.

                                                      s/Keith Starrett
                                                    UNITED STATES DISTRICT JUDGE