# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

REGIONS COMMERCIAL EQUIPMENT
FINANCE, LLC                                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 2:16-CV-110-KS-MTP

PERFORMANCE AVIATION, LLC, *et al.*                              DEFENDANTS

## ORDER

On June 28, 2017, Defendants filed a Motion in Limine [98]. Plaintiff shall respond to the motion in limine on or before **July 7, 2017**. Defendants may file a reply on or before **July 12, 2017**. The Court will not grant any extensions of these deadlines, except in the most extraordinary circumstances, so that it can rule on the motion before the pretrial conference scheduled for July 20, 2017.

SO ORDERED AND ADJUDGED this __29th__ day of June, 2017.


                                             s/Keith Starrett
                                      UNITED STATES DISTRICT JUDGE