# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

REGIONS COMMERCIAL EQUIPMENT
FINANCE, LLC                                                                      PLAINTIFF

V.                                        CIVIL ACTION NO. 2:16-CV-110-KS-MTP

PERFORMANCE AVIATION, LLC, *et al.*                              DEFENDANTS

## ORDER

On July 6, 2017, Plaintiff filed a Motion in Limine [101]. Defendants shall respond on or before **July 13, 2017**. Defendant may file a reply on or before **July 17, 2017**. The Court will not consider any extensions of these deadlines, due to the pretrial conference scheduled for July 20, 2017.

SO ORDERED AND ADJUDGED this  7th   day of July, 2017.


                                                        s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE